UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOPE RIGHETTI,<br><br>            Plaintiff,<br><br>       v.<br><br>AUTHORITY TAX SERVICES, LLC<br><br>            Defendant.<br>_____/ | No. C-14-0146 EMC<br><br>**CORRECTED ORDER GRANTING STIPULATED REQUEST TO VACATE EARLY SETTLEMENT CONFERENCE**<br><br>**(Docket No. 29)**<br><br>Correction in green highlight |

Having reviewed the parties' stipulated request to vacate the September 2, 2014 early settlement conference date, the Court **GRANTS** the parties' request; the September 2, 2014 early settlement conference date is hereby **VACATED**.  The parties will conduct additional discovery regarding the topics that were not satisfactorily addressed at the August 14, 2014 deposition.  This additional discovery must be completed by October 10, 2014.  The parties will set another early settlement conference to take place by no later than October 15, 2014.  The hearing on the motion to withdraw and Case Management Conference shall be held on October 16, 2014 at 1:30 p.m.  A Joint CMC Statement shall be filed by October 9, 2014.

This order disposes of Docket No. 29.

IT IS SO ORDERED.

Dated: August 27, 2014

_____
EDWARD M. CHEN
United States District Judge