**CHARLES A. JONES ESQ. {SBN 224915}**
**KELLY MCINERNEY ESQ. {SBN 200017}**
**JONES LAW FIRM**
9585 Prototype Court, Suite B
Reno, Nevada 89521
Telephone: (775) 853-6440
Facsimile:  (775) 853-6445
caj@cjoneslawfirm.com
kelly@cjoneslawfirm.com

Attorneys for Plaintiff, HOPE RIGHETTI,
individually and on behalf of other members similarly situated

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOPE RIGHETTI, on behalf of herself and all similarly situated persons,<br><br>Plaintiff,<br><br>vs.<br><br>AUTHORITY TAX SERVICES, LLC<br><br>Defendants. | Case No.:3:14-cv-00146-EMC<br><br>**REQUEST AND [PR~~O~~POSED] ORDER ALLOWING PLAINTIFF'S COUNSEL TO APPEAR TELEPHONICALLY FOR THE SEPTEMBER 11, 2014 HEARING ON LECLAIRRYAN'S MOTION FOR AN ORDER GRANTING LEAVE TO WITHDRAW AS COUNSEL OF RECORD FOR DEFENDANT AUTHORITY TAX SERVICES, LLC.**<br><br>Date: September 11, 2014<br>Time: 3:00 p.m.<br>Dept: Courtroom 5, 17th Floor<br>Judge: Hon. Edward R. Chen |

Plaintiff, Hope Righetti, by and through her counsel of record, Charles A. Jones, hereby respectfully requests that her counsel be allowed to appear telephonically for the September 11, 2014 hearing on LeClairRyan's Motion For An Order Granting Leave To Withdraw As Counsel Of Record for Defendant Authority Tax Services, LLC.  The reason why Mr. Jones submits this

request to appear telephonically at the hearing is as follows: Mr. Jones resides in Reno, Nevada and will be required to travel to and from San Francisco in order to attend the hearing. The date of the hearing, September 11, 2014, is the date of Mr. Jones' 15th Wedding anniversary. Mr. Jones would like to celebrate his 15th Wedding anniversary with his wife and family and has made plans for that evening in order to do so. If Mr. Jones is required to attend the hearing, he will be unable to celebrate his Wedding anniversary with his family as planned.

In addition to the above, LeClairRyan's Motion for Leave to Withdraw as Counsel for Authority Tax Services, LLC is not opposed. Further, as set forth in the declaration of Brain T. Haftner in support of LeClairRyan's motion, should this court inquire into the specific factual circumstances/reasons that have caused LeClairRyan to request withdraw as counsel for Authority Tax Services, any discussion on this topic will be *in camera* and outside of the presence of Plaintiff's counsel. Based on the above, Mr. Jones respectfully requests that he be allowed to appear telephonically at the September 11, 2014 hearing.

Respectfully Submitted,

**Dated: September 3, 2014**   **JONES LAW FIRM**

/s/ Charles A. Jones
Charles A. Jones, Esq.
Attorneys for Plaintiff and
 all others similarly situated

1

[Proposed] ORDER

Having reviewed the foregoing request to appear by phone for the September 11, 2014 hearing regarding LeClairRyan's Motion to Withdraw As Counsel Of Record For Defendnat Authority Tax Servies, LLC, and good cause appearing therefore, it is hereby ORDERED that:

Plaintiff's Counsel, Charles A. Jones, may appear telephonically for the September 11, 2014 hearing on LeClairRyan's Motion For An Order Granting Leave to Withdraw As Counsel Of Record For Defendant Authority Tax Services, LLC. The Court will call Mr. Jones between 3:00 and 4:00 p.m.

Dated: September 5, 2014

Honorable Edward M. Chen
Judge of the United States
District C...



IT IS SO ORDERED
AS MODIFIED
Judge Edward M. Chen

|   |                                                                                              |
|---|----------------------------------------------------------------------------------------------|
| 1 | **PROOF OF SERVICE**                                                                         |
| 2 | I, the undersigned, declare as follows:                                                      |
| 3 | I am employed in the County of Washoe, State of Nevada.                                      |
| 4 | I am over the age of eighteen (18) years and not a party to the within action; my business address is 9585 Prototype Court, Suite B, Reno Nevada, 89521. |
| 5 |                                                                                              |
| 6 | On this day of September 3, 2014, I caused to be sent via U.S. Mail, postage prepaid, a true and correct copy of the above and foregoing |
| 7 |                                                                                              |
| 8 | 1.  Request and [Proposed] Order Allowing Plaintiff's Counsel to Appear Telephonically      |
| 9 | properly address to the following:                                                           |
| 10 | Brian T. Hafter                                                                             |
| 11 | Stefani Salt<br>LeClairRyan LLP                                                             |
| 12 | 44 Montgomery Street, Eighteenth Floor<br>San Francisco, CA 94104                           |
| 13 | Brian.Hafter@leclairryan.com                                                                |
| 14 | __X__ (VIA MAIL) The sealed envelope with postage thereon fully prepaid was placed for collection and mailing following ordinary business practices.  I am aware that on motion of the party served, service is presumed invalid if the postage cancellation date or postage meter date on the envelope is more than one day after the date of deposit for mailing set forth in this declaration.  I am readily familiar with JONES LAW FIRM's practice for collection and processing of documents for mailing with the United States Postal Service the same day as the day of collection in the ordinary course of business. |
| 15 |                                                                                              |
| 16 |                                                                                              |
| 17 |                                                                                              |
| 18 | __X__ (VIA ECF ELECTRONIC MAIL)<br>By emailing the above documents referenced to the recipients listed herein. |
| 19 |                                                                                              |
| 20 | I declare under penalty of perjury under the laws of the State of Nevada that the above is true and correct. |
| 21 | Executed on September 3, 2014, at Reno, Nevada.                                              |
| 22 |                                                                                              |
| 23 | _____<br>Mariett Mikes                                            |
| 24 |                                                                                              |
| 25 |                                                                                              |
| 26 |                                                                                              |
| 27 |                                                                                              |
| 28 |                                                                                              |