CHARLES A. JONES ESQ. {SBN 224915}
KELLY MCINERNEY ESQ. {SBN 200017}
JONES LAW FIRM
9585 Prototype Court, Suite B
Reno, Nevada 89521
Telephone:  (775) 853-6440
Facsimile:  (775) 853-6445
caj@cjoneslawfirm.com
kelly@cjoneslawfirm.com

Attorneys for Plaintiff, HOPE RIGHETTI,
individually and on behalf of other members similarly situated

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOPE RIGHETTI, on behalf of herself and all similarly situated persons,<br><br>Plaintiff,<br><br>vs.<br><br>AUTHORITY TAX SERVICES, LLC<br><br>Defendants. | Case No.:3:14-cv-00146-EMC<br><br>REQUEST AND [PROPOSED] ORDER ALLOWING PLAINTIFF'S COUNSEL TO APPEAR TELEPHONICALLY FOR THE DECEMBER 18, 2014 CASE MANAGEMENT CONFERENCE.<br><br>Date:   December 18, 2014<br>Time:  10:30 a.m.<br>Dept:   Courtroom 5, 17th Floor<br>Judge: Hon. Edward R. Chen |

Plaintiff, Hope Righetti, by and through her counsel of record, Charles A. Jones, hereby respectfully requests that her counsel be allowed to appear telephonically for the December 18, 2014 Case Management Conference.  The

reason why Mr. Jones submits this request to appear telephonically at the hearing is as follows: Mr. Jones resides in Reno, Nevada and will be required to travel to and from San Francisco in order to attend the Case Management Conference. Later in the afternoon on the same day as the Case Management Conference, Mr. Jones has a hearing on a Motion for Preliminary Approval of a Class Action Settlement pending in state court in Reno, Nevada. Mr. Jones will not be able to travel from San Francisco to Reno in the afternoon on December 18, 2014 in order to attend the Preliminary Approval hearing in the state court action if he is required to personally appear at the Case Management Conference. In addition, the only matter to be addressed during the Case Management Conference is the issuance of a default against Defendant. See, September 15, 2014 Order (Docket Number 42). This is due to the fact that new counsel has not appeared for Defendant as ordered by this Court in its September 15, 2014 Order.

Based on the above, Mr. Jones respectfully requests that he be allowed to appear telephonically at the December 18, 2014 Case Management Conference.

Respectfully Submitted,

Dated: December 11, 2014   JONES LAW FIRM

/s/ Charles A. Jones
Charles A. Jones, Esq.
Attorneys for Plaintiff and
all others similarly situated

## [Proposed] ORDER

Having reviewed the foregoing request to appear by phone for the December 18, 2014 Case Management Conference, and good cause appearing therefore, it is hereby ORDERED that:

Plaintiff's Counsel, Charles A. Jones, may appear telephonically for the December 18, 2014 Case Management Conference. Court to call Mr. Jones between 10:30 and 11:30 a.m.

Dated: December 16, 2014



Honorable Edward M. Chen
Judge of the United States District Court

IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen

## PROOF OF SERVICE

I, the undersigned, declare as follows:

I am employed in the County of Washoe, State of Nevada.

I am over the age of eighteen (18) years and not a party to the within action; my business address is 9585 Prototype Court, Suite B, Reno Nevada, 89521.

On this day of December 11, 2014, I caused to be sent via U.S. Mail, postage prepaid, a true and correct copy of the above and foregoing

1. Plaintiff's Case Management Conference Statement; and

2. Request and [Proposed] Order Allowing Plaintiff's Counsel to Appear Telephonically for the December 18, 2014 Case Management Conference.

properly address to the following:

Authority Tax Service, LLC
Registered Agent
9841 Airport Blvd., Suite 650
Los Angeles, CA 90045

__X__ (VIA MAIL) The sealed envelope with postage thereon fully prepaid was placed for collection and mailing following ordinary business practices. I am aware that on motion of the party served, service is presumed invalid if the postage cancellation date or postage meter date on the envelope is more than one day after the date of deposit for mailing set forth in this declaration. I am readily familiar with JONES LAW FIRM's practice for collection and processing of documents for mailing with the United States Postal Service the same day as the day of collection in the ordinary course of business.

I declare under penalty of perjury under the laws of the State of Nevada that the above is true and correct.

Executed on December 11, 2014, at Reno, Nevada.

*[signature]*
Mariett Mikes