**CHARLES A. JONES ESQ. {SBN 224915}**
**KELLY MCINERNEY ESQ. {SBN 200017}**
**JONES LAW FIRM**
9585 Prototype Court, Suite B
Reno, Nevada 89521
Telephone: (775) 853-6440
Facsimile: (775) 853-6445
caj@cjoneslawfirm.com
kelly@cjoneslawfirm.com

Attorneys for Plaintiff, HOPE RIGHETTI,
individually and on behalf of other members similarly situated

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOPE RIGHETTI, on behalf of herself and all similarly situated persons,<br><br>Plaintiff,<br><br>vs.<br><br>AUTHORITY TAX SERVICES, LLC<br><br>Defendants. | Case No.:3:14-cv-00146-EMC   Denied and reset<br><br>**REQUEST AND [PROPOSED] ORDER ALLOWING PLAINTIFF'S COUNSEL TO APPEAR TELEPHONICALLY FOR THE APRIL 30, 2015 CASE MANAGEMENT CONFERENCE.**<br><br>**Date:  April 30, 2015**<br>**Time: 10:30 a.m.**<br>**Dept: Courtroom 5, 17th Floor**<br>**Judge: Hon. Edward R. Chen** |

Plaintiff, Hope Righetti, by and through her counsel of record, Charles A. Jones, hereby respectfully requests that her counsel be allowed to appear telephonically for the April 30, 2015 Case Management Conference.  The reason why Mr. Jones submits this request to appear telephonically at the hearing is as follows:  Mr. Jones resides in Reno, Nevada and will be required to travel to and from San Francisco in order to attend the Case Management Conference. At 1:30 p.m. on April 30, 2015, the same day as the Case Management Conference, Mr. Jones has a

hearing on a Motion for Final Approval of a Class Action settlement pending in state court in Reno, Nevada (*Rauenzahn v. Corgenix Medical Corporation*, Case No. CV 14-01907).  Mr. Jones will not be able to travel from San Francisco to Reno in the afternoon on April 30, 2015 in order to attend the Final Approval hearing in the state court action if he is required to personally appear at the Case Management Conference in this action.

In addition, Plaintiff has filed her Motion for Default Judgment with this Honorable Court (Docket Number 50) and the hearing on that Motion is set for June 25, 2015.  The Defendant in this action is in Default and will not be attending the April 30, 2015 Case Management Conference as it is not represented by Counsel.

Based on the above, Mr. Jones respectfully requests that he be allowed to appear telephonically at the April 30, 2015, Case Management Conference. Mr. Jones can be contacted at 775-853-6440.

Respectfully Submitted,

**Dated:  April 27, 2015**                                    **JONES LAW FIRM**

**/s/ Charles A. Jones**
Charles A. Jones, Esq.
Attorneys for Plaintiff

**REQUEST AND [PROPOSED] ORDER ALLOWING PLAINTIFF'S COUNSEL TO APPEAR TELEPHONICALLY FOR THE APRIL 30, 2015 CASE MANAGEMENT CONFERENCE**

**[Proposed] ORDER**

Having reviewed the foregoing request to appear by phone for the December 30, 2015 Case Management Conference, and good cause appearing therefore, it is hereby ORDERED that:

Plaintiff's Counsel, Charles A. Jones, may appear telephonically for the April 30, 2015 Case Management Conference.  Mr. Jones will be contacted for the Case Management Conference at the following telephone number 775-853-6440.  Denied.  CMC reset for 6/25/15 at 1:30 p.m.

Dated: April _____, 2015
27



_____
Honorable Edward M. Chen
Judge of the United States

DENIED

Judge Edward M. Chen

**REQUEST AND [PROPOSED] ORDER ALLOWING PLAINTIFF'S COUNSEL TO APPEAR TELEPHONICALLY FOR THE APRIL 30, 2015 CASE MANAGEMENT CONFERENCE**

1

## PROOF OF SERVICE

2

I, the undersigned, declare as follows:

3

I am employed in the County of Washoe, State of Nevada.

4

I am over the age of eighteen (18) years and not a party to the within action; my business address is 9585 Prototype Court, Suite B, Reno Nevada, 89521.

5

6

On this day of April 27, 2015, I caused to be sent via U.S. Mail, postage prepaid, a true and correct copy of the above and foregoing

7

8

    1.    **REQUEST AND [PROPOSED] ORDER ALLOWING PLAINTIFF'S COUNSEL TO APPEAR TELEPHONICALLY FOR THE APRIL 30, 2015 CASE MANAGEMENT CONFERENCE**

9

10

properly address to the following:

11

Authority Tax Service, LLC
Registered Agent
9841 Airport Blvd., Suite 650

12

Los Angeles, CA 90045

13

    **X**   (VIA MAIL) The sealed envelope with postage thereon fully prepaid was placed for collection and mailing following ordinary business practices.  I am aware that on motion of the party served, service is presumed invalid if the postage cancellation date or postage meter date on the envelope is more than one day after the date of deposit for mailing set forth in this declaration. I am readily familiar with JONES LAW FIRM's practice for collection and processing of documents for mailing with the United States Postal Service the same day as the day of collection in the ordinary course of business.

14

15

16

17

    I declare under penalty of perjury under the laws of the State of Nevada that the above is true and correct.

18

19

    Executed on April 27, 2015, at Reno, Nevada.

20

21

                        Mariett Mikes

22

23

24

25

26

27

28