# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| HOPE RIGHETTI,<br>        Plaintiff,<br><br>        v.<br><br>AUTHORITY TAX SERVICES, LLC,<br>        Defendant. | Case No. 14-cv-00146-EMC<br><br>**JUDGMENT** |
|---|---|

On July 6, 2015, the Court granted Plaintiff's motion for default judgment. Pursuant to Federal Rule of Civil Procedure 58, the Court hereby ENTERS judgment in favor of Plaintiff and against Defendant. The Clerk of Court shall close the file in this matter.

**IT IS SO ORDERED.**

Dated: July 6, 2015

_____
EDWARD M. CHEN
United States District Judge